

ORIGINAL

FILED

03/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0747

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0747

_____

IN RE THE MARRIAGE OF:

CHRISTOPHER NUCKOLLS,

Petitioner and Appellant,

and

NANCY NUCKOLLS,

Respondent and Appellee.

_____

FILED

MAR 2 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Christopher Nuckolls has filed a motion for extension of time to file his opening brief. Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant has until May 1, 2023, to file his opening brief.

DATED this 27 day of March, 2023.

For the Court,

_____
Chief Justice